Name and address
James R. Muldoon
Wall Marjama & Bilinski LLP
101 South Salina Street, Suite 400
Syracuse, NY 13202
Telephone: (315) 425-9000

**ORIGINAL**

FILED
CLERK, U.S DISTRICT COURT

MAR 21 2006

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

HOLLAND ELECTRONICS, LLC, a
limited liability company,

Plaintiff(s)

v.

JOHN MEZZALINGUA ASSOCIATES,
INC. d/b/a PPC, a Delaware corporation

Defendant(s).

CASE NUMBER

CV05-8076 GPS (RZx)

**Priority** ✓
**Send** ✓
**Enter** ___
**Closed** ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

ORDER ON
APPLICATION OF NON-RESIDENT ATTORNEY
TO APPEAR IN A SPECIFIC CASE

The Court, having reviewed the accompanying Application of _____James R. Muldoon_____,
_Applicant's Name_

of _____Wall Marjama & Bilinski LLP_____ for permission to appear and participate in the above-entitled
_Firm Name_

action on behalf of ☐ Plaintiff    ☑ Defendant _____

and the designation of _____Craig McLaughlin_____ of ___O'Connor Christensen & McLaughlin LLP___
_Local Counsel Designee_                              _Local Counsel Firm_

as local counsel, hereby **ORDERS** the Application be:

☑ GRANTED

☐ DENIED. Fee, if paid, shall be returned by the Clerk.

Dated   3/21/06

_____
U. S. District Judge/U.S. Magistrate Judge

DOCKETED ON CM

MAR 22 2006

005

10

G-64 ORDER (06/05)    ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE

**PROOF OF SERVICE**

I, the undersigned, declare and certify as follows:

I am over the age of eighteen (18) years and employed in the County of Orange, State of California. I am employed in the office of O'CONNOR CHRISTENSEN & MCLAUGHLIN LLP, members of the Bar of the above entitled Court, and I made the service referred to below at their direction. My business address is 1920 Main Street, Suite 150, Irvine, California 92614.

On March 15, 2006, I served true copies of the following document: as follows:

**ORDER APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A**

**SPECIFIC CASE – JAMES R. MULDOON**

☐ **VIA FACSIMILE.** I sent such document from facsimile machine (949) 851-5051 on March 15, 2006. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine (949) 851-5051 which confirms said transmission and receipt.

X **VIA U.S. MAIL.** I placed a true copy of the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Irvine, California on March 15, 2006, addressed as set forth below. I am readily familiar with the firm's practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

☐ **VIA PERSONAL SERVICE.** I personally delivered a true copy of the document(s) listed above to an attorney service for same day delivery to the person(s) at the address(es) set forth below on March 15, 2006.

**Jeffrey F. Craft**
**Gregory P. Regier**
**JACKSON, DeMARCO, TIDUS & PACKENPAUGH**
**2815 Townsgate Road, Suite 200**
**Westlake Village, California 91361-3010**
**Fax: (805) 230-0087**

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on March 15, 2006, at Orange County, California.

Rebecca Meegan

-1-