P-SEND

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV05-8076-GPS(RZx) | Date | April 3, 2006 |
|---|---|---|---|
| Title | Holland Electronics v. John Mezzalingua Associates Inc. | | |

Present: The Honorable | **GEORGE P. SCHIAVELLI, United States District Judge**

| Krista Barrett | Not Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:                    Attorneys Present for Defendants:

Not Present                                      Not Present

**Proceedings:**        **ORDER SETTING SCHEDULING CONFERENCE (IN CHAMBERS)**

Pursuant to F.R.Civ.P. 16(b), a scheduling conference is set in this matter for **May 22, 2006 at 11:00 a.m.** The parties are reminded of their obligations to disclose information, confer on a discovery plan, and report to the Court, as required by F.R.Civ.P. 26 and the Local Rules of this Court.

Trial counsel are ordered to be present.

IT IS SO ORDERED.



DOCKETED ON CM

APR - 5 2006

BY _____ 009

Initials of Preparer _____ \W