Jeffrey F. Craft, State Bar No. 147186
Gregory P. Regier, State Bar No. 193571
JACKSON, DeMARCO, TIDUS &
PECKENPAUGH
2815 Townsgate Road, Suite 200
Westlake Village, California 91361
Telephone No.:    805-230-0023
Facsimile No.:    805-230-0087
jcraft@jdtplaw.com
gregier@jdtplaw.com
Attorneys for Plaintiff, Holland Electronics, LLC

Edward O'Connor, State Bar No. 123398
Becky V. Christensen, State Bar No. 147013
Craig McLaughlin, State Bar No. 182876
O'Connor Christensen & McLaughlin
Trial Division of The Eclipse Group LLP
1920 Main Street, Suite 150
Irvine, California   92614
Telephone No.:    949.851.5000
Facsimile No.:    949.851.5051
eoconnor@eclipsegrp.com
bchristensen@ eclipsegrp.com
cmclaughlin@ eclipsegrp.com

*Of Counsel:*
James R. Muldoon
Denis J. Sullivan
Wall Marjama & Bilinski, LLP
101 South Salina St., Suite 400
Syracuse, NY   13202
Telephone No.:    315.425.9000
Facsimile No.:    315.425.9114
jmuldoon@wallmarjama.com
dsullivan@wallmarjama.com
Attorneys for Defendant John Mezzalingua
Associates, Inc. D/B/A PPC



*Psmr*
DENIED
*lack of sufficient showing*
GEORGE P. SCHIAVELLI

FILED
CLERK, U S  DISTRICT COURT
NOV 1 7 2006
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

DOCKETED ON CM
NOV 2 0 2006
BY                          009

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| HOLLAND ELECTRONICS, LLC | CASE NO. CV05-8076 GPS (RZx) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXTENDING DISCOVERY CUTOFF AND OTHER SCHEDULING ORDER DATES TO PROVIDE THE PARTIES ADDITIONAL TIME IN GOOD FAITH EFFORTS TO SETTLE** |
| vs. | |
| JOHN MEZZALINGUA ASSOCIATES, INC., D/B/A PPC | |
| Defendant. | |

-1-

*Case No. CV05-8076 GPS (RZx)*

In the last three weeks, the parties, through their respective attorneys, have been engaged in serious discussion of settlement, have exchanged draft settlement terms, and have agreed to good faith temporary freeze on discovery efforts. The parties hereby agree and request that due to the current, serious and good faith discussions of settlement between them, which they anticipate will resolve all issues by November 29, 2006, that discovery cutoff and the following dates of the Court's Scheduling Order docketed on July 6, 2006, be continued for two months to the dates set forth herein to allow completion of discovery should settlement not be possible:

Fact discovery cutoff from January 23, 2007, to March 23, 2007;

Exchange of principal expert reports from December 18, 2006, to February 15, 2007;

Exchange of supplemental disclosure regarding contradictory and rebuttal evidence from January 9, 2007, to March 9, 2007;

Expert discovery cutoff from January 23, 2007, to March 23, 2007;

Summary judgment and claim construction hearings should be held no later than March 1, 2007, to no later than May 3, 2007;

Pretrial conference from April 9, 2007, to June 11, 2007; and

Trial from May 15, 2007 to July 17, 2007.

A copy of the Court's Scheduling Order is attached hereto as **Exhibit A.**

Respectfully,

Dated: November 13, 2006     JACKSON, DeMARCO, TIDUS & PECKENPAUGH

By: _____
Jeffrey H. Craft
Attorneys for Plaintiff HOLLAND

-2-

ELECTRONICS, LLC

Dated: November 14, 2006    O'CONNOR CHRISTENSEN & McLAUGHLIN
Trial Division of The Eclipse Group LLP

By: _____
Craig McLaughlin
Attorneys for Defendant JOHN
MEZZALINGUA ASSOCIATES, INC.

**IT IS SO ORDERED.**

Dated: _____, 2006

_____
George P. Schiavelli
Judge of the United States District Court

-3-

Jeffrey F. Craft [State Bar No. 147186]
Gregory P. Regier, [State Bar No. 193571]
JACKSON, DeMARCO, TIDUS & PECKENPAUGH
2815 Townsgate Road, Suite 200
Westlake Village, California 91361-3010
Telephone:    805.230.0023
Facsimile:    805.230.0087
jcraft@jdtplaw.com
gregier@jdtplaw.com

Attorneys for Plaintiff/Counterclaim-Defendant
HOLLAND ELECTRONICS, LLC

Edward O'Connor [State Bar No. 123398]
Craig McLaughlin [State Bar No.. 182876]
O'CONNOR CHRISTENSEN & MCLAUGHLIN, LLP
1920 Main Street, Suite 150
Irvine, California 92614
Telephone: (949) 851-5000
Facsimile: (949) 851-5051
E-mail: eoconnor@ocmiplaw.com
E-mail: cmclaughlin@ocmiplaw.com

*Of Counsel*
James R. Muldoon
Denis J. Sullivan
WALL MARJAMA & BILINSKI, LLP
101 South Salina St., Suite 400
Syracuse, NY 13202
Telephone: (315) 425-9000
Facsimile: (315) 425-9114
E-mail: jmuldoon@wallmat.jama,.com
E-mail: dsullivan@wallmazjama,.com
Attorneys for Defendant/Counterclaim-Plaintiff

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| HOLLAND ELECTRONICS, LLC, a limited liability company, <br><br> Plaintiff/Counterclaim-Defendant, <br><br> vs. <br><br> JOHN MEZZALINGUA ASSOCIATES, INC. d/b/a PPC, a Delaware corporation, <br><br> Defendant/Counterclaim-Plaintiff. | CASE NO.  CV05-8076 GPS (RZx) <br><br> Before the Hon. George P. Schiavelli <br><br> [PROPOSED] SCHEDULING ORDER |

FILED
CLERK, U.S DISTRICT COURT

JUL - 5 2006

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

DOCKETED ON CM

JUL - 6 2006

BY _____ 009

-1-

SETTLEMENT PROCEDURE

1.    Settlement Procedure No. 1 – appearing before this Court or the magistrate judge assigned to this case for such settlement proceedings as this Court may conduct or direct.

DISCOVERY:

2.    General Discovery Plan:

a.    Fact discovery to be completed by January 23, 2007.

b.    Maximum of forty (40) interrogatories per party.

c.    Maximum of one hundred (100) requests for admission per party.

d.    Maximum of ten (10) depositions per party.

e.    Each deposition is limited to one day of seven hours, unless the parties agree otherwise or changed by court order.

f.    The parties will require a protective order, before exchanging confidential information.

3.    The parties shall supplement discovery under Fed. R. Civ. P. 26(e) by September 1, 2006, December 18, 2006, and at trial should there be outstanding documents as of the time of trial.

4.    Expert witnesses:

a.    Identification in writing of principal experts on the issues of which the disclosing party bears the burden of proof as provided by Fed. R. Civ. P. 26(a)(2)(A) by November 6, 2006.

b.    Identification of rebuttal experts by November 20, 2006.

c.    Exchange of Principal expert reports on the issues to which the disclosing party bears the burden of proof as provided by Fed. R. Civ. P. 26(a)(2)(B) by December 18, 2006.

-2-

      d.    Exchange of supplemental disclosure regarding contradictory and rebuttal evidence by January 9, 2007.

      e.    Expert discovery to be completed by January 23, 2007.

5.    The parties do not intend to add additional parties.

6.    Any summary judgment or claim construction hearings should be held no later than March 1, 2007.

7.    The pretrial conference will be held on April 9, 2007.

8.    The trial will begin on May 15, 2007 and at this time is expected to take approximately seven (7) to (10) days.

Submitted:

JACKSON, DeMARCO, TIDUS & PECKENPAUGH

Dated: June 8, 2006    By: _____

Jeffrey F. Craft
Attorneys for Plaintiff/Counterclaim-Defenant
HOLLAND ELECTRONICS, LLC

O'CONNOR CHRISTENSEN & McLAUGHLIN, LLP

Dated: June 8, 2006    By: _____

Edward O'Connor
Attorneys for Defendant/Counterclaim-Plaintiff
JOHN MEZZALINGUA ASSOCIATES, INC.

**IT IS SO ORDERED.**

Dated: 6/14/06 _____

_____

Hon. George P. Schiavelli
United States District Court Judge

-3-

PROPOSED SCHEDULING ORDER *Case No. CV05-8076 GPS (RZx)*

## PROOF OF SERVICE

I, the undersigned, declare and certify as follows:

I am over the age of eighteen (18) years and employed in the County of Orange, State of California. I am employed in the office of O'CONNOR CHRISTENSEN & MCLAUGHLIN LLP, members of the Bar of the above entitled Court, and I made the service referred to below at their direction. My business address is 1920 Main Street, Suite 150, Irvine, California 92614.

On June 12, 2006, I served true copies of the following document:

### [PROPOSED] SCHEDULING ORDER

as follows:

☐ **VIA FACSIMILE.** I sent such document from facsimile machine (949) 851-5051 on June 12, 2006. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine (949) 851-5051 which confirms said transmission and receipt.

X **VIA U.S. MAIL.** I placed a true copy of the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Irvine, California on June 12, 2006, addressed as set forth below. I am readily familiar with the firm's practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

☐ **VIA PERSONAL SERVICE.** I personally delivered a true copy of the document(s) listed above to an attorney service for same day delivery to the person(s) at the address(es) set forth below on June 12, 2006.

> **Jeffrey F. Craft**
> **Gregory P. Regier**
> **JACKSON, DeMARCO, TIDUS & PACKENPAUGH**
> **2815 Townsgate Road, Suite 200**
> **Westlake Village, California 91361-3010**
> **Fax: (805) 230-0087**

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on June 12, 2006, at Orange County, California.

Rebecca Meegan

-1-

## PROOF OF SERVICE

STATE OF CALIFORNIA    )
                       )   §
COUNTY OF ORANGE       )

I am employed in Orange County, State of California. I am over the age of eighteen (18) and am not a party to this action. My business address is O'Connor Christensen & McLaughlin LLP, 1920 Main Street, Suite 150, Irvine, California 92614.

On November 14, 2006, I served the foregoing document:

**STIPULATION AND [PROPOSED] ORDER EXTENDING DISCOVERY CUTOFF AND OTHER SCHEDULING ORDER DATES TO PROVIDE THE PARTIES ADDITIONAL TIME IN GOOD FAITH EFFORTS TO SETTLE**

**VIA FACSIMILE.** I sent such document from facsimile machine (949) 851-5051 on November 14, 2006. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine (949) 851-5051 which confirms said transmission and receipt.

X **VIA U.S. MAIL.** I placed a true copy of the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Irvine, California on November 14, 2006, addressed as set forth below. I am readily familiar with firm's practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

☐ **VIA PERSONAL SERVICE.** I personally delivered a true copy of the document(s) listed above to an attorney service for same day delivery to the person(s) at the address(es) set forth below on , 2006.

**Jeffrey F. Craft**
**Gregory P. Regier**
**JACKSON, DeMARCO, TIDUS & PACKENPAUGH**
**2815 Townsgate Road, Suite 200**
**Westlake Village, California 91361-3010**
**Fax: (805) 230-0087**

I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on November 14, 2006, at Orange County, California.

_____
Jann Rooney

i